IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | CASE NO. 10-13046-HCM |
|---|---|---|
| | § | |
| GEORGE CLAUDIO RITACCO, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

TRUSTEE'S OBJECTION TO EXEMPTION (WITH 21-DAY LANGUAGE)

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of GEORGE CLAUDIO RITACCO, Debtor(s) in the above-numbered and styled case, and files his Objection to Exemption. The Trustee would show the Court as follows:

1. On October 28, 2010 a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On October 28, 2010 Randolph N. Osherow was appointed Chapter 7 Trustee of Debtors' bankruptcy estate and continues to act in that capacity.

2. Debtor(s) listed the real property on his Schedule A described as his homestead and commonly known as 501 Whitewater Drive, Bertram, Texas 78605, and listed it on Schedule C as such.

3. On December 10, 2010 a Proof of Claim was filed by Seyed Mohsen Hashemi in the amount of $304,035.87 wherein he claims that he has invested that sum into the property that Debtor claims as his homestead and commonly known as 501 Whitewater Drive, Bertram, Texas 78605, should not be permitted as exempt property.

4. The Trustee submits the real property described as Debtor's homestead and commonly known as 501 Whitewater Drive, Bertram, Texas 78605, is in fact owned by Equitable and/or legal title by a business joint venture between Hashemi and Ritacco and business joint ventures are not entitled to a homestead exemption; therefore, this property may not be permitted as Debtor's exempt property.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays the Court issue an Order granting Trustee's Objection to Exemption denying his homestead commonly known as 501 Whitewater Drive, Bertram, Texas 78605 as exempt as set forth above.

Respectfully submitted this 6th day of January 2011.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-13046-HCM |
| | § | |
| GEORGE CLAUDIO RITACCO, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of TRUSTEE'S OBJECTION TO EXEMPTION was served by U.S. first class mail, postage prepaid upon the following parties in interest this 6th day of January 2011:

George Claudio Ritacco
501 White Water Drive
Bertram, TX 78605
**Debtor(s) Pro Se**

U.S. Trustee
903 San Jacinto #230
Austin, Texas 78701

Seyed Mohsen Hashemi
5900 Tributary Ridge Dr.
Austin, TX 78759

SEE ATTACHED MATRIX FOR LIST OF ALL INTERESTED PARTIES NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

Alamo Credit Recovery
1004 20th St Ste 200
Hondo, TX 78861-2418

Austin Telco FCU
8929 Shoal Creek B
Austin,TX 78757-6819

Bank of America
PO Box 1598
Norfolk,VA 23501-1598

CAP One
PO Box 85520
Richmond, VA 23285-5520

Clawson Disposal
301 CR 307
Jarrell, TX 76537

Credit Management
4200 International Pkwy
Carrollton, TX 75007-1912

Credit Protection Assoc
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

DSRM NT Bank
PO Box 631
112 W. 8th
Amarillo, TX 79101-2399

FWCL Corp of America
12515 Research Blvd S-10
Austin,TX 78759-2228

GEMB/Sams Club
PO Box 981400
El Paso, TX 79998-1400

HSBC Bank
PO Box 5253
Carol Stream, IL 60197-5253

LVNV Funding LLC
PO Box 740281
Houston,TX 77274-0281

Mark & Sylvia Hammer
11503 Jumper Ridge
Austin, TX 78759-3851

MED Bush Bur
1460 Renaissance Dr Suite 400
Park Ridge, IL 60068-1349

Sawtander Consumer USA
8585 W Stemmons Fwy Ste
Dallas, TX 75247

Seyed Mohsen Hashemi
5900 Tributary Ridge Dr.
Austin,TX 78759-5150