**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 21, 2011.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-13046-HCM |
| | § | |
| GEORGE CLAUDIO RITACCO, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

ORDER AUTHORIZING EMPLOYMENT OF REALTOR

On the day this Order was signed, came for consideration the Application of Trustee to Employ Realtor. It appearing that such application is proper and should be granted, it is therefore

ORDERED, ADJUDGED AND DECREED that the employment of Lance Haverda, COLDWELL BANKER GIESECKE & ASSOCIATES, 213 W. Hwy. 281 N., Marble Falls, TX 78654, as realtor for the estate, is hereby authorized and approved to sell the Debtor's real property commonly known as 501 Whitewater Drive, Bertram, Texas 78605. It is further

ORDERED, ADJUDGED AND DECREED that said realtor shall disclose in said statement the amount and source of any retainer or any other payment received by said realtor in connection with or in contemplation of this case. It is further

ORDERED, ADJUDGED AND DECREED that all compensation to Lance Haverda, COLDWELL BANKER GIESECKE & ASSOCIATES, 213 W. Hwy. 281 N., Marble Falls, TX 78654, will be paid upon application to this Court only after notice and hearing, pursuant to 11 U.S.C. Sections 330 and 331 and the requirements of any other applicable case law.

# # #

RANDOLPH N. OSHEROW
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**